IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD RODRIGUEZ, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT SHANNON, et al., | : | No. 06-3251 |
| Respondents. | | |

**O R D E R**

**AND NOW**, this 13th day of August, 2007, upon careful and independent consideration of the Petition for Writ of *Habeas Corpus* pursuant to 28 U.S.C. § 2254 (Docket No. 1), and after review of the Report and Recommendation of United States Magistrate M. Faith Angell (Docket No. 11), as to which no objection has been filed, it is **ORDERED** that:

1. The Report and Recommendation (Docket No. 11) is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of *Habeas Corpus* (Docket No. 1) is **DENIED**;

3. Because the Petitioner has failed to make a substantial showing of the denial of a constitutional right, the Court declines to issue a certificate of appealability under 28 U.S.C. § 2253(c)(2); and

4. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge